CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 25-CR-0312-AMO |
|     Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM JUNE 1, 2026, THROUGH JUNE 22, 2026 |
|   v. | |
| PATRICK JACOBSON | Hearing Date: June 22, 2026 |
|     Defendant. | Hearing Time: 1:30 pm<br>Hon. Araceli Martínez-Olguín |

At the status conference held on June 1, 2026, the parties informed the Court that they had reached a plea agreement, in principle and that the case was ready to set for a change of plea. To that end, the parties need to resolve remaining evidentiary issues, and the defense will need time to adequately inform her client of the consequences of entering a plea.

The parties stipulate and agree excluding time between June 1, 2026, and June 22, 2026, will allow defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and that the ends of justice served by continuing the hearing and excluding time from June 1, 2026, through June 22, 2026, from computation under the Speedy Trial

STIPULATION TO EXCLUDE TIME
Case No. 25-CR-000312-AMO                                                            v. 7/10/2018

Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

Respectfully,

DATED:  6/4/2026                                      _____/s/_____
                                                      ZACHARY M. GLIMCHER
                                                      Special Assistant United States Attorney


DATED:  6/4/2026                                      _____/s/_____
                                                      GABRIELA BISCHOF
                                                      Counsel for Defendant PATRICK JACOBSON

STIPULATION TO EXCLUDE TIME
Case No. 25-CR-000312-AMO                                              v. 7/10/2018

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties for good cause shown, the Court finds that failing to continue the hearing and exclude the time from June 1, 2026, and June 22, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time June 1, 2026, and June 22, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 1, 2026, and June 22, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: ___6/5/2026_____    _____
                             HON. ARACELI MARTÍNEZ-OLGUÍN
                             United States District Judge